# UNITED STATES DISTRICT COURT
for the
_____ District of New Jersey

United States of America )
v. )
Salik Crosby ) Case No: 02-925
) USM No: _____
Date of Previous Judgment: Feb 9, 2004 ) Robert T. Pickett
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___150___ months **is reduced to** ___110 months___

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 34    Amended Offense Level: 29
Criminal History Category: VI    Criminal History Category: VI
Previous Guideline Range: 262 to 327 months    Amended Guideline Range: 151 to 188 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 2/3/04 shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 21 July 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

William H. Walls
Printed name and title